# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA     :
     :    CRIMINAL NO. 23-CR-110-JWD-RLB
*versus*     :
     :
SAMRAT MUKHERJEE     :

## UNOPPOSED MOTION TO CONTINUE SENTENCING DATE

The United States of America, by and through the undersigned counsel, respectfully submits this unopposed motion to continue the sentencing date in this matter for the week of October 13, 2025, or later.

### 1.

On December 14, 2023, the Grand Jury returned an indictment charging Defendant with three counts of making false statements relating to health care matters, in violation of Title 18, United States Code, Section 1035. [Doc. No. 1.]

### 2.

On March 6, 2025, Defendant appeared before this Court and pleaded guilty, pursuant to a plea agreement, to count three of the indictment. [Doc. Nos. 20 & 21.] Sentencing is currently set for September 24, 2025, at 10:30 a.m. [Doc No. 40.]

### 3.

On September 15, 2025, one of the victims of Defendant's crime, Dr. L.L., contacted the government regarding the September 24 sentencing date. Dr. L.L. indicated that he wanted to attend the sentencing and provide a statement to the Court, but that he would be out of the country for several weeks. Dr. L.L. asked that the sentencing date be moved to a date when he can attend, ideally the week of October 13, 2025, or later. Dr. L.L. is a victim as defined under the Crime

Victim Rights Act, 18 U.S.C. § 3771(e)(2)(A), and has "[t]he right to be reasonably heard at . . .

sentencing." *Id.* § 3771(a)(4).

4.

The government contacted Defendant's attorney about the sentencing date, who indicated

Defendant is not opposed to a continuance.

5.

Accordingly, the United States respectfully requests that the Court postpone the Defendant's sentencing until the week of October 13, 2025, or some later date as the Court deems appropriate.

Respectfully submitted this 17th day of September, 2025.

UNITED STATES OF AMERICA, by

ELLISON C. TRAVIS
ACTING UNITED STATES ATTORNEY

By: /s/ Zakeria A. Haidary
Zakeria A. Haidary
Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Ave., N.W.
Washington, D.C. 20005
(202) 407-0567
Zakeria.Haidary@usdoj.gov
Bar No. NY- 6142962

Justin M. Woodard, LBN 37924
Assistant Chief
U.S. Department of Justice
Criminal Division, Fraud Section
451 Florida Street, Suite 300
Baton Rouge, LA 70801
Telephone: (202) 262-7868
Email: Justin.Woodard@usdoj.gov

Kristen L. Craig, LBN 32565
Assistant United States Attorney
451 Florida Street, Suite 300
Baton Rouge, LA 70801
Telephone: (225) 389-0443
Fax: (225) 389-0561
Email: Kristen.Craig@usdoj.gov

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA  :
           :   CRIMINAL NO. 23-CR-110-JWD-RLB
 *versus*       :
           :
SAMRAT MUKHERJEE   :

## <u>CERTIFICATE OF SERVICE</u>

  I hereby certify that a true and correct copy of the foregoing *Unopposed Motion to Continue Sentencing Date* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent via CM/ECF to the Defendant's counsel of record.

  Respectfully submitted this 17th day of September, 2025.

       /s/ *Zakeria A. Haidary*
       Zakeria A. Haidary
       Trial Attorney

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 23-CR-110-JWD-RLB |
| *versus* | : | |
| | : | |
| SAMRAT MUKHERJEE | : | |

**ORDER**

Considering the foregoing *Unopposed Motion to Continue Sentencing Date*,

IT IS HEREBY ORDERED that the Motion is GRANTED, and the defendant's sentencing

date shall be continued until _____, at _____ a.m. / p.m.

Baton Rouge, Louisiana, this _____ day of _____, 2025.

_____
**THE HONORABLE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**